# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23CR1267-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| JOSIAS ARGEL OCHOA-ALDANA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Information [ECF 20] in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 14, 2023

Hon. Janis L. Sammartino
United States District Judge